443 A.2d 398

In re: Adoption of S. M. G. Barry and Judith G., Participating Parties.

Appeal of: D. G.

Argued January 27, 1982. Judith L. Jones, for appellant; Robert M. Davison, for participating party.

Before WIEAND, CIRILLO and POPOVICH, JJ.

The order of the lower court is affirmed.